## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARIK LENNOX ROBERTS, | : | |
| Petitioner, | : | 1:20-cv-1894 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN GREGORY BRIGGS, | : | |
| Respondent. | : | |

## ORDER

### January 28, 2021

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 2) to proceed *in forma pauperis* is GRANTED for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) is DEEMED filed and DISMISSED without prejudice. *See* R. GOVERNING §2254 CASES R. 4.

3. The Clerk of Court is directed to NOTIFY the Petitioner and CLOSE this case.

4. The dismissal is without prejudice to Petitioner's right to pursue his civil rights claim in a properly filed civil rights complaint.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
